# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143218

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONATHON A. CLARK,
      Defendant-Appellant.

SC: 143218
COA: 303026
Wayne CC: 06-001737-01-FC

_____/

On order of the Court, the application for leave to appeal the May 16, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

y1219